UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br>Anthony Parker,<br>    Debtor.<br><br>Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust,<br>    Movant,<br>v.<br>Anthony Parker, and<br>KENNETH E. WEST,<br>    Respondents. | Bankruptcy No. 19-14871-mdc<br><br>Chapter 13 |

## CREDITOR'S CERTIFICATION OF DEFAULT

I, Charles G. Wohlrab, Esq., attorney for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust ("Plaintiff"), certifies as to the following:

1. I am an attorney for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust and am duly authorized to make this certification.

2. On April 21, 2020, an Order Approving Stipulation Resolving Motion for Relief was entered, which required the Debtor to make certain payments to Plaintiff to cure specified arrearages maintain future accruing payments. See Exhibit "A".

3. On September 21, 2021, Plaintiff, by counsel, served on Debtor(s), and Debtor(s)' counsel a Notice of Default setting forth that Debtor(s) were in default in the provisions of the Stipulation. See Exhibit "B".

4. The September 21, 2021 Notice of Default stated that the sum of $3,310.64 was needed from Debtor(s) to cure the default.

5. The Notice of Default advised that if either the Debtor(s) or the Trustee did not, within ten (10) days of the service of the Notice of Default, either cure the default, file an Objection stating that no default exists, or file an Objection stating any other reason why a relief Order should not be entered, Plaintiff could submit a Certification stating that it has complied with the notice requirements of the Order and that the Court may grant relief from the automatic stay without further notice to Debtor, and that, if granted such relief, the real property located at 3159 BELGREEN RD PHILADELPHIA Pennsylvania 19154 may be sold at foreclosure.

6. Neither the Debtor(s) nor the Trustee has cured the default, filed an objection with the Court stating that no default exists, or filed an objection with the Court stating any other reason why an order granting relief from the automatic stay should not be entered.

7. That, in accordance with the terms of the Order Approving Stipulation Resolving Motion for Relief entered on April 21, 2020, Plaintiff is entitled to relief from the automatic stay as to the real property located at 3159 BELGREEN RD PHILADELPHIA Pennsylvania 19154.

Date: 11/03/2021

**Robertson, Anschutz, Schneid & Crane LLC**
Attorney for Secured Creditor
10700 Abbott's Bridge Rd., Suite 170
Duluth, GA 30097
Telephone: (470) 321-7112
By: /s/ Charles G. Wohlrab
Charles G. Wohlrab, Esquire

PA Bar Number 314532
Email: cwohlrab@rascrane.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| In re:<br>**Anthony Parker,**<br>    Debtor.<br><br>**Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust,**<br>    Movant,<br>v.<br>**Anthony Parker, and**<br>**KENNETH E. WEST,**<br>    Respondents. | Bankruptcy No. 19-14871-mdc<br><br>Chapter 13 |

STATE OF  Florida

COUNTY OF  Duval

**AFFIDAVIT OF DEFAULT**

PERSONALLY APPEARED before the undersigned officer duly authorized to administer oaths, _Isiah Berry_, who after being duly sworn deposes and states as follows:

1. My name is _Isiah Berry_, and I am an authorized signor for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, (hereinafter "Secured Creditor"). As part of my job responsibilities for Secured Creditor, I have personal knowledge of and am familiar with the types of records maintained by Secured Creditor in connection with the account that is the subject of this Affidavit (the "Account") and the procedures for creating those types of records. I have access to and have reviewed the books, records and files of Secured Creditor that pertain to the Account and extensions of credit given to Debtor(s) concerning the property securing such Account. I make this Affidavit for under in connection with and Order Approving Stipulation Resolving Motion for Relief entered by the Honorable Judge Magdeline D. Coleman on or about April 21, 2020.

2. On or about September 21, 2021, Secured Creditor sent a Notice of Default to Debtor and Debtor's Attorney as required by the aforementioned Order. A copy of said Notice of Default is annexed hereto and made a part hereof as Exhibit "A".

3. I hereby confirm that the Debtor/ Respondent, Anthony Parker, has failed to comply with the aforementioned Order in that Respondent has failed to remit all monthly stipulated payments with the total arrears owed to Secured Creditor in the amount of $4,322.38 through October 18, 2021.

4. Upon the expiration of fourteen (14) days without the filing of a counter affidavit by the Debtor disputing the fact of the default, Secured Creditor seeks an order entered lifting the automatic stay.

Further, Affiant sayeth not.

_____
Affiant Isiah Berry

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 21 DAY OF Oct., 2021

_____
Notary Public    Genevieve A. Jacobs
My Commission Expires:

GENEVIEVE A. JACOBS
Commission # GG 195487
Expires March 13, 2022
Bonded Thru Troy Fain Insurance 800-385-7019

# EXHIBIT "A"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>ANTHONY PARKER<br><br>Debtor,<br><br>WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST,<br><br>Movant,<br><br>v.<br><br>ANTHONY PARKER, and<br>WILLIAM C. MILLER, Chapter 13 Trustee<br><br>Respondents. | Bankruptcy No. 19-14871-mdc<br><br>Chapter 13<br><br>Document No. 37, 42 |

## ORDER OF COURT

AND NOW, this 21st day of _____ April _____, 2020, upon consideration of the foregoing Stipulation Resolving Motion for Relief from the Automatic Stay, it is hereby ORDERED that the Stipulation is approved.

BY THE COURT

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>ANTHONY PARKER<br><br>Debtor,<br><br>WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST,<br><br>Movant,<br><br>v.<br><br>ANTHONY PARKER, and<br>WILLIAM C. MILLER, Chapter 13 Trustee<br><br>Respondents. | Bankruptcy No. 19-14871-mdc<br><br>Chapter 13<br><br>Document No. 37, 42 |

## STIPULATION RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, comes Movant, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust ("Movant"), by and through its undersigned counsel, Bernstein-Burkley, P.C., and, Debtor, Anthony Parker, by and through his undersigned counsel, Brad J. Sadek, Esquire, and together file this Stipulation Resolving Motion for Relief from the Automatic Stay (the "Stipulation"), stating as follows:

1. The automatic stay as provided by Section 362 of the Bankruptcy Code shall remain in full force and effect conditioned upon the terms and conditions set forth herein.

2. Movant holds a Mortgage on the real property located at 3159 Belgreen Rd Philadelphia, PA 19154 (the "Property").

3. As of the date of this Stipulation, the Debtor is in default of his post-petition payment obligations to Movant in the amount of $7,324.00.

Case 19-14871-mdc    Doc 55    Filed 11/04/21    Entered 11/04/21 15:21:37    Desc Main
Document    Page 9 of 19

4. Debtor will cure the remaining post-petition arrears by making monthly payments to Movant in the amount of $7,324.00 through the Debtor's confirmed Chapter 13 plan filed by Debtor and his Counsel. In order to resolving the pending the Motion for Relief from Stay, the parties agree as follows:

   a. Debtor shall provide for the $7,324.00 in post-petition arrears Debtor's confirmed Chapter 13 plan.

   b. Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust shall continue to be paid post-petition outside the plan beginning April 1, 2020.

   c. The terms of this Stipulation shall be incorporated into the Debtor's confirmed Chapter 13 plan and any subsequent plan filed thereafter.

   d. Any conversion or dismissal of this case shall void the terms of the stipulated order.

5. Debtor shall direct the payments to:

   Selene Finance, LP
   9990 Richmond
   Suite 400 South
   Houston, TX 77042

Payments must be received by Movant at the above-referenced address on or before the 1st day of each month. Debtor will be in default under the Stipulation in the event that Debtor fails to comply with the payment terms and conditions in Paragraph 4, *supra*. If Debtor default under this Stipulation, Movant may send Debtor and Debtor's counsel a Notice of Default. Debtor will have ten (10) days from the date of the Notice of Default to cure the default. If default is not cured after the ten days, a Certification of Default will be immediately filed with the Court by the Movant.

6. In the event the instant bankruptcy case is converted to a case under Chapter 7 of the Bankruptcy Code, the Debtors shall cure the pre-petition and post-petition arrears within ten (10) days from the date of such conversion. Should Debtor fail to cure said arrears within the ten day period, such failure shall be deemed a default under the terms of this Stipulation Movant may serve a notice of default

Case 19-14871-mdc    Doc 46    Filed 04/10/20    Entered 04/10/20 10:14:26    Desc Main
Document    Page 3 of 3

and intent to file Certification of Default but Debtor will not be granted an opportunity to cure the default. Instead, a Certification of Default will be immediately filed with the Court.

7.  This Stipulation may only be modified by a revised Stipulation filed on the docket in the Bankruptcy. No oral modifications are permitted and any allegation that the Stipulation was modified orally will be disregarded as evidence. No written modifications are permitted, except for a revised Stipulation filed on the docket in the Bankruptcy.

Agreed to by:

By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
707 Grant Street, Suite 2200
Pittsburgh, PA 15219
412-456-8112
Fax: (412) 456-8120

*Counsel for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust*

By: /s/
Brad J. Sadek, Esq.
PA I.D.# 90488
brad@sadeklaw.com
1315 Walnut Street, Suite 502
Philadelphia, PA 19107
215-545-0008
Fax: 215-545-0611

*Counsel for Anthony Parker*

Dated: April 2, 2020

**EXHIBIT "B"**



| James Robertson, Esquire | Everett Anschutz, Esquire | David J. Schneid, Esquire | John Crane, Esquire |
|---|---|---|---|
| Member of Texas Bar | Member of Texas Bar | Member of Florida Bar | Member of Texas Bar |

September 21, 2021

**Anthony Parker**     **U.S. Mail**
3159 Belgreen Road
Philadelphia, PA 19154

**BRAD J. SADEK**    **Email**
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107
VIA EMAIL AND U.S. MAIL

RE: Notice of Default for Anthony Parker; Case No: 19-14871-mdc

Dear Sir/Madam,

I represent Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, the servicer for mortgage on your client's property located at 3159 Belgreen Rd Philadelphia, PA 19154. Please consider this letter a Notice of Default under the Notice of Default under the terms of the Stipulation of Settlement (DE 46) ("Order").

According to our client's records, the Debtor has not made the following mortgage payment pursuant to the Stipulation. In accordance with the Stipulation, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, hereby provides notice demanding the default be cured within ten (10) days of the date of this notice.

The breakdown of the Debtor's default is as follows:

Payments Due:

| | |
|---|---|
| Monthly Payments Past Due 6/1/21-8/1/21 @ $1,464.80/month | $4,394.40 |
| Suspense | ($1,083.76) |
| **Total Amount Due to Cure Default:** | $3,310.64 |

The address where payments should be sent is:

> Selene Finance LP
> 9990 Richmond Ave, Suite 400 South
> Houston, TX 77042

Pursuant to the Stipulation, failure to cure this default within ten (10) days from the date of this notice will result in Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, filing an order terminating the automatic stay.

Please notify me once the payment has been sent, and please provide me with proof of the payment as well. Should you have any further questions, please feel free to contact me.

Sincerely,

/s/ Charles G. Wohlrab
Charles G. Wohlrab, Esq.

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br>Anthony Parker,<br>    Debtor.<br><br>Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust,<br>    Movant,<br>v.<br>Anthony Parker, and<br>KENNETH E. WEST,<br>    Respondents. | Bankruptcy No. 19-14871-mdc<br><br>Chapter 13 |

## ORDER VACATING AUTOMATIC STAY

AND NOW, this _____ day of _____, 2021, upon consideration of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust; and it is further

ORDERED, that Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, its successors and/or assignees be entitled to proceed with appropriate state court remedies against the property located at 3159 BELGREEN RD PHILADELPHIA Pennsylvania 19154, including without limitation a sheriff's sale of the property, and it is further

ORDERED that Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

BY THE COURT

_____
Hon. Magdeline D. Coleman
U.S. Bankruptcy Court Judge

**BKR/INFO**  614   10/21/2021 10:55:20 AM ET   PFSP1051

Account Number  ▮▮▮▮▮▮▮▮   Teller Number  1441   Office Code  0

### Debtor Information
| | |
|---|---|
| Debtor | ANTHONY PARKER |
| Co-Debtor | |
| Filed By | PRIMARY   ECOA  OTHER |

Filed By CoBorrower Indicator

☐ CB1  ☐ CB2  ☐ CB3  ☐ CB4  ☐ CB5
☐ CB6  ☐ CB7  ☐ CB8  ☐ CB9  ☐ CB10

### View Vendor / Website Information
Lender Attorney
Borrower Attorney
Trustee Website
Court Website

Statement Notice [B]

### Filing Information
| | |
|---|---|
| Chapter | 13 |
| Filing Date | 08/01/19 |
| Case Number | 19-14871 |
| State | PA   District |
| Division | PHILADELPHIA |

### Codes
| | | | |
|---|---|---|---|
| Stop Code 1 | 0 | Warning Code | 0 |
| Stop Code 2 | 1 | Lockout Code | 0 |
| Stop Code 3 | 3 | | |

### Status Information
| | | | | |
|---|---|---|---|---|
| Bkr Status | ACTIVE | Conversion Date | 00/00/00 | |
| POC Status | ACTIVE | Date | 04/07/20 | |
| Plan Status | ACTIVE | Date | 04/07/20 | |
| AO Status | | Date | 00/00/00 | |
| Next Task | 1535 | Date | 08/12/19 | |
| Task Desc | ESCROW ANALYSIS CMPL | | | |
| Objection to Plan Filed | 00/00/00 | | | |
| Objection to Plan Resolved | 00/00/00 | | | |

### Other Information
| | | | |
|---|---|---|---|
| Concurrent Bkr | N | View | N |
| Foreclosure | N | Loss Mit | N |
| Loss Draft | N | Junior Liens | N |
| Multiple Loans | N | Units | |
| Property Vacant | | | |
| Contractual Next Due | 02/01/20 | | |
| Contractual Paid to Date | 01/01/20 | | |

### Proof of Claim Information
| | |
|---|---|
| POC Number | 01  03 |
| Arrearage Filed | 44883.86 |
| Arrearage Bal | 33571.65 |
| Debt Filed | 240383.09 |

### Key Dates
| | |
|---|---|
| Ch 7 Asset Case | 00/00/00 |
| Confirmation Date | 08/01/19 |
| 341 Meeting | 00/00/00 |
| Discharge Bar | 00/00/00 |
| Referred to Attorney | 01/07/20 |
| Last B10 S1 Date | 10/14/21 |
| Last B10 S2 Date | 00/00/00 |

### Disposition
| | |
|---|---|
| Relief Granted | 00/00/00 |
| Dismissed | 00/00/00 |
| Discharged | 00/00/00 |
| Reaffirmed | 00/00/00 |

### Pre-Petition Plan Information
| | |
|---|---|
| Due Date | 01/01/21 |
| Next Payment Amt | 625.99 |
| Plan Start Date | 09/01/19 |
| Plan End Date | 08/01/24 |
| Pmts Unpaid | 44   Delq  10 |
| Plan Balance | 33571.65 |
| Shortfall Balance | -1296.37 |
| Shortfall Percent | 2.9411 |
| Borrower Intent | |
| Borrower Intent Date | 00/00/00 |

### Post-Petition Information
| | |
|---|---|
| Due Date | 10/01/21 |
| Last Payment Amt | 1528.67 |
| Funds Source | BORROWER |

### Agreed Order Information
| | |
|---|---|
| Due Date | 00/00/00 |
| Next Payment Amt | 0.00 |
| Beginning Bal | 0.00 |
| Remaining Bal | 0.00 |

### Litigation Information
| | |
|---|---|
| Bankruptcy Contested | N |
| Cramdown | N |
| Amount | 0.00 |
| Percent | 0.000 |
| Lien Stripped | N |
| Amount | 0.00 |

### Partial Charge Off Information
| | |
|---|---|
| Last PCO Date | 00/00/00 |

### Final Charge Off Information
Full / Final Charge Off  N   Charge Off Date  00/00/00



# Selene Finance

SARA | Collateral Management — Page 1 of 1

Home | Human Resource | Loan Res | Default | Compliance | Acquisitions | Reports | Profile

Isiah Berry(S)

Portfolio | Summary | Borrower | Financials | DocNet | Talk | Loan Resolution | Collateral | Post Sale

Enter Loan Number: [-- recent loans --] [Search] Advanced Search

## LOAN INFORMATION

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LOAN #: | [redacted] | LOAN STATUS: | ACTIVE BANKRUPTCY | UPB: | $203,138.35 | STATUS: | |
| Investor #: | | Borrower: | ANTHONY PARKER | Lien: | 1 | Custodian: | Wells Fargo |
| Prior Servicer #: | [redacted] | Address: | 3159 BELGREEN RD | Investor: | SUBI 2021-1A | File Location: | Unknown |
| Collateral ID: | | City & State: | Philadelphia, Pennsylvania | Deal: | PRE03 | Modified: | Yes |
| Orig Doc State: | No | County: | PHILADELPHIA | Pool: | Unknown | File Status: | Undetermined Status |

### FILE / DOCUMENT SUMMARY

- Collateral File: Undetermined Status
- Note: No Document Exists
- Endorsement: No Document Exists
- Security Instrument: No Document Exists
- Title Policy: No Document Exists
- Assignment: No Document Exists
- Modification: Modification(s) Exists
- Bailee: No Document Exists

### ALERTS

### ACTIONS

- Update Custodian
- Request Documents
- Request Research
- Request Collateral File
- Export Collateral File Requests
- Add Document Return Task
- Add File Return Task
- Add File Archive Task
- Add Comment

### EXCEPTIONS (0)     NEW (0) OUTSTANDING (0) CLOSED (0)

### TASKS (1)     NEW (0) OUTSTANDING (0) CLOSED (1)

| Type | Status | Created | Actions |
|---|---|---|---|
| Document Return External (Modification) | Closed | 07/25/2016 | |

File (1) | Note (0) | Endorsements (0) | Security Instrument (0) | Title Policy (0) | Assignments (0) | Modification (1) | Others (0) | Co-Op Docs (0) | Bailee Letters (0)

## SUMMARY

FILE STATUS: UNDETERMINED STATUS

COLLATERAL FILE [redacted]

### ACTIONS
- Add Comment
- Update

### SELENE INFORMATION
- Location: Unknown ☐ DNR
- Container:
- Created By: Collateral Admin - 07/25/2016
- Last Modified By: Collateral Admin(X) - 07/25/2016
- Create Method: User Created

### CUSTODIAN INFORMATION
- Status:
- Location:
- Last report date:

### COMMENTS     ☑ LOAN  ☑ DOCUMENT  ☑ TASK

### ACTIVITY LOG     ☑ LOAN  ☑ DOCUMENT  ☑ TASK

| Activity | | Type | Date | User |
|---|---|---|---|---|
| Modification [redacted] | Updated | Document | 07/25/16 | Elda Knowles |
| Modification [redacted] | Created | Document | 07/25/16 | Elda Knowles |
| Collateral Fil[redacted] | Created | Document | 07/25/16 | Collateral Admin |
| Collateral Fil[redacted] | Validated | Document | 07/25/16 | Collateral Admin |
| Modification [redacted] | Validated | Document | 07/25/16 | Elda Knowles |

S A R A (version: 1.05)

https://sara.selenefinance.com/section/documents/Summary.aspx     10/21/2021

Pretium Note Possession 10/2020

| Customer Code | Account ID | Pool ID | Collateral ID | Borrower Name | Collateral Status | Active Status | Alternate Loan ID | Investor ID | Loan Amount | Document Type | Document Status | Document Description | Document Stage Description | Transaction Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRET | PRET-WAREHOUSE | 2020-CFL1 | | PARKER ANTHONY | OH | A | | | $ 177,600.00 | MODF | OH | MODIFICATION AGREE | Recorded Original | 8/19/2015 |
| PRET | PRET-WAREHOUSE | 2020-CFL1 | | PARKER ANTHONY | OH | A | | | $ 177,600.00 | TPOL | OH | TITLE POLICY | Original | 8/19/2015 |
| PRET | PRET-WAREHOUSE | 2020-CFL1 | | PARKER ANTHONY | OH | A | | | $ 177,600.00 | SECI | OH | SECURITY INSTR | Recorded Original | 8/19/2015 |
| PRET | PRET-WAREHOUSE | 2020-CFL1 | | PARKER ANTHONY | OH | A | | | $ 177,600.00 | NOTE | OH | MTG NOTE | Original | 8/19/2015 |
| PRET | PRET-WAREHOUSE | 2020-CFL1 | | PARKER ANTHONY | OH | A | | | $ 177,600.00 | ENDV | OH | FINAL ENDORSEMENT | Original | 8/19/2015 |
| PRET | PRET-WAREHOUSE | 2020-CFL1 | | PARKER ANTHONY | OH | A | | | $ 177,600.00 | ENDI | OH | Intervening Endorseme | Additional Document Ir | 1/6/2016 |
| PRET | PRET-WAREHOUSE | 2020-CFL1 | | PARKER ANTHONY | OH | A | | | $ 177,600.00 | ASNV | OH | ASSN TO INVESTR | Uncertified Copy of Rec | 2/19/2016 |